UNITED STATES DISTRICT
COURT MIDDLE DISTRICT
OF PENNSYLVANIA

# NOTICE

UNITED STATES OF AMERICA

v.

SHANE BURNS

**FILED WILKES BARRE MAY 01 2024 PER MS DEPUTY CLERK**

TYPE OF CASE: FELONY    CASE NO. 3:23-CR-26-1

TAKE NOTICE that a proceeding in this case has been **SCHEDULED** for the time and place listed below:

**PLACE:** UNITED STATES DISTRICT COURT
**COURTROOM:** No. 1
MAX ROSENN U.S. COURTHOUSE
First Floor
197 South Main Street
Wilkes-Barre PA 18701

**DATE AND TIME:** May 13, 2024, at 11:30 a.m.

**TYPE OF PROCEEDINGS:** Initial Appearance and Arraignment

**DATE:** May 1, 2024

PETER J. WELSH, Clerk of Court
s/*Mary Rose Schirra*
Deputy Clerk

**TO:** HON. JOSEPH F. SAPORITO, JR., CHIEF U.S. MAGISTRATE JUDGE
Robert O'Hara, AUSA
FPD
U.S. PROBATION
COURT REPORTERS
U.S. MARSHAL