UNITED STATES OF AMERICA
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 3:23-CR-26-03 |
| HOWARD BELL | : |
| Defendant | : |

### MOTION TO WITHDRAW PLEA

NOW, this 13 day of May, 2024, HOWARD BELL, Defendant in the above-captioned matter, after consultation and assistance of his counsel, hereby moves the Court to withdraw his previously entered plea of not guilty and to enter a plea of guilty to Count 1 of the Indictment.

_____
HOWARD BELL

### ORDER

NOW, this 13th day of May, 2024, the Defendant's Motion To Withdraw his previously entered Plea of Not Guilty to the Indictment is granted.

_____
MALACHY E. MANNION
United States District Court

### PLEA

NOW, this 13 day of May, 2024, HOWARD BELL, Defendant in the above-captioned matter, hereby withdraws his previously entered plea of not guilty and pleads guilty to Count 1 of the Indictment.

_____
HOWARD BELL