## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :

     : Criminal No. 3: 23-CR-26

    -vs-      :

     : (Judge Mannion)

KEVIN JONES ,      :

         Defendant      : (Electronically filed)

## ORDER

The United States having filed an unopposed Motion For

Extension of Time to File a Response to the Defendant's Nunc Pro Tunc

Motion for Judgment of Acquittal and New Trial (Doc.654) and having

recited as the basis therefor the need for additional time to adequately

answer the averments set forth in the defendant's motion, and the

numerous other contested court proceedings, and the additional briefs

and responses which government counsel due has due, prior to the

present filing deadline, the Court, for the reasons stated in the motion,

hereby grants the motion of the United States for an extension of time

to respond to the defendant's motion until **October 1, 2024.**

**THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:**

1.      The Motion of the United States for Extension of Time to

Respond to Defendant's Nunc Pro Tunc Motion for Judgment of

Acquittal and New Trial (Doc.654) is **Granted**;

2.   The responsive brief of the United States in opposition to

Defendant's Nunc Pro Tunc Motion for Judgment of Acquittal and New

Trial (Doc.654) is due on or before **October 1, 2024.**


                              BY THE COURT:


_____9/20/24_____                    _____
Date                                    MALACHY E. MANNION
                                        U.S. District Court