**UNITED STATES OF AMERICA**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| v. | : CRIMINAL NO. 3:23-CR-26-01 |
| **SHANE BURNS** | : |
| Defendant | : |

**MOTION TO WITHDRAW PLEA**

NOW, this 20 day of December, 2024, SHANE BURNS, Defendant in the above-captioned matter, after consultation and assistance of his counsel, hereby moves the Court to withdraw his previously entered plea of not guilty and to enter a plea of guilty to Count 1 of the Indictment.

_____
SHANE BURNS

**ORDER**

NOW, this 20th day of December, 2024, the Defendant's Motion To Withdraw his previously entered Plea of Not Guilty to the Indictment is granted.

_____
MALACHY E. MANNION
United States District Court

**PLEA**

NOW, this 20 day of December, 2024, SHANE BURNS, Defendant in the above-captioned matter, hereby withdraws his previously entered plea of not guilty and pleads guilty to Count 1 of the Indictment.

_____
SHANE BURNS